# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1775

_____

| | | |
|---|---|---|
| Community National Bank, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Minnesota. |
| | * | |
| Evelyn Wallace, | * | **[UNPUBLISHED]** |
| | * | |
| Appellant. | * | |

_____

Submitted: August 27, 2010
Filed: September 1, 2010

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Pursuant to 28 U.S.C. § 1441, Evelyn Wallace removed to federal court an action involving real property. The district court[1] remanded the case to the state court, and Wallace appeals. We lack jurisdiction to review the remand order. See 28 U.S.C. § 1447(d) (order remanding case to state court from which it was removed is not reviewable on appeal, unless case "was removed pursuant to section 1443"); 28

_____

[1]The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota.

U.S.C. § 1443 (allowing removal of civil-rights cases).  Accordingly, we dismiss the appeal.

———————————————————